filed May 14, 1930.

Abram Z. Zietlein, for appellant.  Louis Dunn, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Albert Staufenbeil, appellant, v. Edwin Palm, appellee.  Gen. No. 33,918.

Opin-ion filed May 14, 1930.  F. D. Shobe, for appellant.  Joseph G. Sheldon, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Alexander Levin, receiver, appellee, v. Albert C. Tumy and Margaret I. Tumy, appellants.  Gen. No. 33,928.

Opinion filed May 14, 1930.

Samuel B. King, for appellants.  No appearance for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Chicago Title & Trust Company, appellee, v. Tower Building Corporation et al., defendants.  James H. Hooper, appellant.  Gen. No. 34,322.

Opinion filed May 14, 1930.  Rehearing denied June 2, 1930.

A. G. Dicus, for appellant.  Jacobson, Merrick, Nierman & Silbert and Walter V. Fackler, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Chicago Title & Trust Company, complainant, v. Tower Building Corporation et al., defendants.

James H. Hooper, appellant, v. Holman D. Pettibone, receiver, appellee.  Gen. No. 34,340.

Opinion filed May 14, 1930.  Rehearing denied June 2, 1930.

A. G. Dicus, for appellant.  Edward Blackman, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.